PROB 12C
(7/93)

Report Date: July 24, 2014

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesse Eugene Williams       Case Number: 0980 2:11CR00034-JLQ-1

Address of Offender: 

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: August 5, 2011

Original Offense:       Possession of Stolen Ammunition, 18 U.S.C. § 922(j)

Original Sentence:      Prison 37 months;                Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Matthew F. Duggan                Date Supervision Commenced: May 23, 2014

Defense Attorney:       Federal Defenders Office         Date Supervision Expires: May 22, 2017

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1       **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

        **Supporting Evidence**: On June 23, 2014, Jesse Williams admitted to the undersigned officer that he had been consuming methamphetamine on a regular basis, last using on June 20, 2014.

2       **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

        **Supporting Evidence**: Jesse Williams failed to submit his monthly supervision report for the month of June 2014.

Prob12C
Re: Williams, Jesse Eugene
July 24, 2014
Page 2

3     **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

       **Supporting Evidence**: On July 22 and July 23, 2014, messages were left for Mr. Williams to contact the U.S. Probation Office immediately. To date he has failed to contact the probation office as directed.

4     **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

       **Supporting Evidence**: On July 23, 2014, the undersigned officer was notified that Mr. Williams had been terminated from his job on or about July 9, 2014, for failure to report to work.

5     **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

       **Supporting Evidence**: On July 23, 2014, the undersigned officer was advised that Mr. Williams had moved from his last reported address during the first week of July 2014. To date, Mr. Williams has failed to report a change of residence to the probation office. Additionally, it was learned that he was terminated from his employment on or about July 9, 2014. To date, he has failed to report his change in employment as well.

6     **Standard Condition # 10**: The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

       **Supporting Evidence**: By failing to provide his current address, Mr. Williams is prohibiting the probation officer from conducting unannounced home contacts.

7     **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

       **Supporting Evidence**: Jesse Williams failed to report for his scheduled intake treatment session on July 16, 2014, at Adept Treatment Center. Subsequently, he has failed to commence substance abuse treatment as directed.

8    **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Jesse Williams failed to report for substance abuse testing as directed on July 16, 2014.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 24, 2014

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

7/24/2014
Date