PROB 12C
(7/93)

Report Date: March 5, 2015

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesse Eugene Williams          Case Number: 0980 2:11CR00034-JLQ-1

Address of Offender: Stevens County Jail

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: August 5, 2011

| | | |
|---|---|---|
| Original Offense: | Possession of Stolen Ammunition, 18 U.S.C. § 922(j) | |
| Original Sentence: | 37 months custody<br>36 months TSR | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: May 23, 2014 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: May 22, 2017 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/24/2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On September 13, 2014, Stevens County deputies pursued a stolen vehicle, however, were unable to apprehend the driver of the stolen vehicle at that time. Through their investigation, they determined that the driver of the stolen vehicle was Jesse Williams. On September 23, 2014, authorities executed a search warrant for the stolen vehicle, and located numerous items associated with drug dealing. Deputies located a quantity of methamphetamine and marijuana, and numerous documents belonging to Mr. Williams and his girlfriend.

On September 18, 2014, Stevens County sheriff's deputies located Jesse Williams at a residence. Inside the residence, deputies located a locked plastic gun box. When questioned, all individuals present denied ownership of the black gun box. However, Mr. Williams was later identified as the owner of the box. A search warrant was obtained for the box and executed on September 19, 2014. Inside of the box was a loaded .45 caliber semiautomatic handgun along with an ounce of methamphetamine and digital scales.

Prob12C
**Re: Williams, Jesse Eugene**
March 5, 2015
Page 2

Mr. Williams was initially charged with possession of a stolen firearm in Stevens County Superior Court, docket number 14-1-00179-1. However, this charge was dismissed without prejudice on January 28, 2015.

Mr. Williams was also charged with possession of a stolen motor vehicle in Stevens County Superior Court, docket number 14-1-00175-9. Mr. Williams was found guilty by a jury of this charge on March 3, 2015, and was sentenced to 16 months imprisonment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 5, 2015

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

March 5, 2015
Date