PROB 12C
(7/93)

Report Date: May 21, 2015

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesse Eugene Williams        Case Number: 0980 2:11CR00034-JLQ-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: August 5, 2011

| | | |
|---|---|---|
| Original Offense: | Possession of Stolen Ammunition, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison 37 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: May 23, 2014 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: May 22, 2017 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/24/2014 and 03/05/2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance. |
| | **Mandatory Condition # 5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. |
| | **Supporting Evidence**: On May 19, 2015, the grand jury for the Eastern District of Washington returned a four-count indictment in which Jesse Eugene Williams was charged with Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § 922 (g)(1) (count 1); Possession of a Stolen Firearm, in violation of 18 U.S.C. § 922 (j) (count 2); Possession with Intent to Distribute 5 Grams or More of (Actual) Methamphetamine, in violation of 21 U.S.C. § 841 (a)(1); Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924 (c)(1)(A)(I) (count 4), in cause number 2:15CR00051-JLQ. |

Prob12C
Re: Williams, Jesse Eugene
May 21, 2015
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/21/2015

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

6/3/2015
Date